MISSOURI, KANSAS & TEXAS RY. CO. VS KIDD.

Opinion delivered October 19, 1904.

(88 S. W. Rep. 308).

*Appeal—Failure to File Briefs—Effect of.*

> Appellant was allowed thirty days from submission of case in which to file brief and appellee was allowed the same period in which to file a reply thereto.   No brief having been filed by either party said appeal was dismissed for non-compliance with the rule.

Appeal from the United States Court for the Northern District.

JOHN R. THOMAS, Judge.

Action by Erby Kidd, by Henry Kidd, his father and next friend, against the Missouri, Kansas & Texas Railway Company. Judgment for plaintiff. Defendant appeals. Dismissed.

*Clifford L. Jackson*, for appellant.

*Hutchings & West* and *Wells & Bonner*, for appellee.

RAYMOND, C. J. This is an action for personal injury brought by plaintiff against the defendant. The record was filed in this court on the 15th day of May, 1901. The case was submitted October 1, 1901, by agreement of counsel, and the appellant was given until November 1, 1901, in which to file brief. The appellee was to file his brief under the same rule of court in 30 days thereafter, and appellant was given leave to reply. No briefs by either party have been filed.

The appeal is therefore dismissed for want of compliance with the rule.

CLAYTON, TOWNSEND, and GILL, JJ., concur.